```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 16765
   LATOSHA D BARNES
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-4390


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 06/30/2008 and was not confirmed.

      The case was dismissed without confirmation 09/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------
CITIMORTGAGE INC         CURRENT MORTG        .00           .00           .00
CITIMORTGAGE INC         MORTGAGE ARRE        .00           .00           .00
JPMORGAN CHASE BANK      SECURED VEHIC    7541.90           .00           .00
JPMORGAN CHASE BANK      UNSECURED      NOT FILED           .00           .00
COOK COUNTY TREASURER    SECURED           508.00           .00           .00
COOK COUNTY TREASURER    UNSECURED      NOT FILED           .00           .00
TCF NATIONAL BANK        UNSECURED      NOT FILED           .00           .00
CERTEGY                  UNSECURED      NOT FILED           .00           .00
NATIONAL QUIK CASH       UNSECURED      NOT FILED           .00           .00
ARONSON FURNITURE        UNSECURED      NOT FILED           .00           .00
NICOR GAS                UNSECURED      NOT FILED           .00           .00
FIRST CASH               UNSECURED      NOT FILED           .00           .00
TRIAD FINANCIAL CORP     UNSECURED      NOT FILED           .00           .00
ZALUTSKY PINSKI LTD      UNSECURED        3500.00           .00           .00
CITIMORTGAGE             MORTGAGE NOTI  NOT FILED           .00           .00
ERNESTO D BORGES JR      DEBTOR ATTY         .00                          .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00


       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS        DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                        --------------    --------------
TOTALS                       .00                .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 16765 LATOSHA D BARNES

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 12/22/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |